RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Geraldo Maya-Gonzalez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>GERALDO MAYA-GONZALEZ,<br><br>        Defendant. | Case No. 2:18-cr-00297-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Clay Plummer, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Geraldo Maya-Gonzalez, that the Revocation Hearing currently scheduled on September 16, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. The parties require additional time for negotiations to determine whether this matter can be resolved short of a contested hearing.

2. The defendant is in custody and does not oppose the continuance.

3. The parties agree to the continuance.

1. This is the second request for a continuance of the revocation hearing.
2. DATED this 4th day of September 2024.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Clay Plummer*<br>CLAY PLUMMER<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>GERALDO MAYA-GONZALEZ,<br><br>        Defendant. | Case No. 2:18-cr-00297-JCM-NJK<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, September 16, 2024 at 11:00 a.m., be vacated and continued to **October 16, 2024, at 10:00 a.m.**

   DATED September 6, 2024.

                                              _____
                                              UNITED STATES DISTRICT JUDGE