RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Geraldo Maya-Gonzalez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERALDO MAYA-GONZALEZ,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00297-JCM-NJK<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Fourth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Clay Plummer, Special Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Geraldo Maya-Gonzalez, that the Revocation Hearing currently scheduled on December 16, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties are currently working towards a global resolution of Mr. Maya-Gonzalez's revocation hearing and a potential new unindicted matter. The parties require additional time for negotiations to determine whether a global resolution can be reached.

2. Defense counsel will be out of district on the current date of the scheduled revocation hearing.

3. Mr. Maya-Gonzalez is in custody and does not oppose the continuance.

This is the fourth request for a continuance of the revocation hearing.

DATED this 12th day of December, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Clay Plummer<br>CLAY PLUMMER<br>Special Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERALDO MAYA-GONZALEZ,<br><br>　　　　Defendant. | Case No. 2:18-cr-00297-JCM-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Monday, December 16, 2024 at 10:00 a.m., be vacated and continued to February 17, 2025 at the hour of 10:00 a.m.

　　　DATED December 12, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE